**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

FILED
AUG 26 2011
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY LS  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SERGIO TELLO-CARRILLO (1), <br><br> Defendant. | CASE NO. 11CR3503-BYLS <br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in case #11CR3698-JLS against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii)and(v)(II)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: AUGUST 23, 2011

BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE